LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARTIN LIMON,<br><br>    Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 21-00229 RAO<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED FIFTY-THREE DOLLARS AND 32/100 ($2,453.32) subject to the terms of the stipulation.

DATE: September 7, 2021    */s/ Rozella A. Oliver*
                                         HON. ROZELLA A. OLIVER,
                                         UNITED STATES MAGISTRATE JUDGE